**LATHAM & WATKINS LLP**
  Michele D. Johnson (Bar No. 198298)
  *Michele.Johnson@lw.com*
  650 Town Center Drive, 20th Floor
  Costa Mesa, CA 92626-1925
  T: (714) 540-1235 / F: (714) 755-8290

  Colleen C. Smith (Bar No. 231216)
  *Colleen.Smith@lw.com*
  12670 High Bluff Drive
  San Diego, California 92130
  T: (858) 523-5400 / F: (858) 523-5450

  Meryn C. N. Grant (Bar No. 291315)
  *Meryn.Grant@lw.com*
  355 South Grand Avenue
  Los Angeles, CA 90071-1560
  T: (213) 485-1234 / F: (213) 891-8763

*Attorneys for Defendants ChemoCentryx, Inc.*
*and Thomas J. Schall*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEMOCENTRYX, INC. and THOMAS J. SCHALL,<br><br>Defendants. | Case No. 4:21- cv-04357-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING SERVICE, DEADLINE FOR FILING AMENDED COMPLAINT, AND BRIEFING SCHEDULE FOR ANTICIPATED MOTION TO DISMISS**<br><br>Hon. Haywood S. Gilliam, Jr. |

1          WHEREAS, on June 8, 2021, named plaintiff Southeastern Pennsylvania Transportation

2   Authority ("Plaintiff") filed a class action complaint ("Complaint") alleging violations of the

3   federal securities laws against defendants ChemoCentryx, Inc. and Thomas J. Schall

4   (collectively, the "Defendants");

5          WHEREAS, the Case Management Conference is currently set for September 7, 2021 at

6   2:00 P.M., and Case Management Statements are due August 31, 2021 (ECF No. 9);

7          WHEREAS, the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-

8   4(a)(3)(A)-(B), provides that (i) not later than twenty days after the date on which the first

9   complaint in a private securities class action is filed, the plaintiff shall publish a notice advising

10  members of the purported plaintiff class, (ii) not later than sixty days after the date on which the

11  notice is published any member of the purported class may move the court to serve as lead

12  plaintiff, and (iii) not later than ninety days after the date on which notice is published the Court

13  shall appoint the "most adequate plaintiff" as lead plaintiff for the class ("Lead Plaintiff");

14         WHEREAS, it is customary in securities class action cases under the PSLRA for the

15  appointed Lead Plaintiff to file a consolidated amended complaint;

16         WHEREAS, on May 5, 2021, a different plaintiff filed another complaint alleging

17  violations of the federal securities laws against Defendants, captioned *Homyk v. ChemoCentryx,*

18  *Inc.*, which has been assigned to Judge Jon S. Tigar, and assigned Case Number 4:21-cv-03343-

19  JST;

20         WHEREAS, on May 5, 2021, counsel for the plaintiff in *Homyk* published notice of the

21  pendency of the action, setting the deadline for purported class members to seek to serve as Lead

22  Plaintiff by July 6, 2021;

23         WHEREAS, on June 15, 2021, Plaintiff filed an administrative motion to consider

24  whether this case should be related to *Homyk* pursuant to Local Rule 3-12;

25         WHEREAS, Plaintiff and Defendants have met and conferred, and for the convenience of

26  all parties and the Court, hereby enter into the following stipulation regarding service, a schedule

27  for the filing of an amended complaint, and a briefing schedule for Defendants' anticipated

28  motion to dismiss.

1    NOW, THEREFORE, Plaintiff and Defendants, through their undersigned attorneys,

2  stipulate and agree to the following:

3        1. Defendants hereby accept service of the Complaint;

4        2. Defendants need not respond to Plaintiff's current Complaint, filed June 8, 2021;

5        3. Within thirty days of the Court's appointment of a Lead Plaintiff and Lead

6            Counsel in *Homyk v. ChemoCentryx, Inc.* or this action, counsel for the parties

7            shall meet and confer and submit to the Court proposed deadlines for the filing of

8            an amended complaint and for briefing and hearing the motion to dismiss, subject

9            to the Court's availability and civil motion calendar; and

10       4. The Case Management Conference and Case Management Statement deadlines

11           shall be postponed until after a decision on the anticipated motion to dismiss.

12

13       IT IS SO STIPULATED.

14

15  Dated: June 21, 2021                     LATHAM & WATKINS LLP

16                                           By: */s/* Colleen C. Smith
                                             Colleen C. Smith
17
                                             Michele D. Johnson (Bar No. 198298)
18                                           *Michele.Johnson@lw.com*
                                             650 Town Center Drive, 20th Floor
19                                           Costa Mesa, CA 92626-1925
                                             T: (714) 540-1235 / F: (714) 755-8290
20
                                             Colleen C. Smith (Bar No. 231216)
21                                           *colleen.smith@lw.com*
                                             12670 High Bluff Drive
22                                           San Diego, California 92130
                                             T: (858) 523-5400 / F: (858) 523-5450
23                                           colleen.smith@lw.com

24                                           Meryn C. N. Grant (Bar No. 291315)
                                             *meryn.grant@lw.com*
25                                           355 South Grand Avenue
                                             Los Angeles, CA 90071
26                                           T: (213) 485-1234 / F: (213) 891-8763

27                                           *Attorneys for Defendants ChemoCentryx, Inc.*
                                             *and Thomas J. Schall*
28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW

| 1 | |
|---|---|
| 2 | Dated: June 21, 2021               BLEICHMAR FONTI & AULD LLP |

Dated: June 21, 2021                 BLEICHMAR FONTI & AULD LLP

By: */s/* Peter E. Borkon
Peter E. Borkon (Bar No. 212596)
*pborkon@bfalaw.com*
555 12th Street, Suite 1600
Oakland, CA 94607
T: (415) 445-4007 / F: (415) 445-4020

*Attorney for Plaintiff Southeastern Pennsylvania
Transportation Authority*

**<u>SIGNATURE ATTESTATION</u>**

Pursuant to the Northern District of California's Civil L.R. 5-1(i)(3), I attest that

concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: June 21, 2021              By: */s/* Colleen C. Smith
                         Colleen C. Smith

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___6/22/2021___

_Haywood S. Gilliam, Jr._
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE